# IN THE SUPREME COURT OF ALABAMA



July 11, 2025

**SC-2025-0436**

Ex parte Samuel Jackson and Latitia Jackson PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CIVIL APPEALS (In re: Samuel Jackson and Latitia Jackson v. Winston Ivey, Jr.; Yolanda Jones; Deborah Knighton; Cynthia Lynn Ivey McNeil; Glaniel Smith Crawford; Ertha Walter; Danny Smith; Carl Smith; Clifford R. Still; and Sonji Lynn Trevis) (Bullock Circuit Court: CV-20-900060; Civil Appeals: CL-2024-0358).

## CERTIFICATE OF JUDGMENT

WHEREAS, the petition for writ of certiorari in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on July 11, 2025:

**Writ Denied. No Opinion.** Sellers, J. -- Stewart, C.J., and Wise, Bryan, and Cook, JJ., concur. Lewis, J., recuses himself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**